01

02

03

04

05

06

07                        UNITED STATES DISTRICT COURT
                       WESTERN DISTRICT OF WASHINGTON
08                                 AT SEATTLE

09   TED L. WINSLOW,                        )
                                            )   CASE NO. C10-0263-JLR-MAT
10              Plaintiff,                   )
                                            )
11        v.                                 )   ORDER DENYING MOTION FOR
                                            )   APPOINTMENT OF COUNSEL
12   MARION FEATHER, et al.,                 )
                                            )
13              Defendants.                  )
     _____  )

14

15        Plaintiff Ted L. Winslow, proceeding pro se and *in forma pauperis* (IFP) in this 42

16   U.S.C. § 1983 civil rights case, submitted a motion to appoint counsel.  (Dkt. 9.)  The Court,

17   having considered the request, does hereby find and ORDER:

18        (1)    There is no right to have counsel appointed in cases brought under § 1983.

19   Although the Court, under 28 U.S.C. § 1915(e)(1), can request counsel to represent a party

20   proceeding IFP, plaintiff has shown neither exceptional circumstances, nor an inability to

21   articulate his claims *pro se* that would warrant the appointment of counsel at this time.  *See*

22   *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986).  Accordingly, plaintiff's motion

ORDER DENYING MOTION
FOR APPOINTMENT OF COUNSEL
PAGE -1

01  for appointment of counsel (Dkt. 9) is DENIED.

02      (2)      The Clerk is directed to send a copy of this Order to the parties and to the

03  Honorable James L. Robart.

04      DATED this 14th day of April, 2010.

05

06                                          Mary Alice Theiler

07                                          United States Magistrate Judge

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER DENYING MOTION
FOR APPOINTMENT OF COUNSEL
PAGE -2