10-CV-00263-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TED L. WINSLOW,

    Plaintiff,

v.

MARION FEATHER, et al.,

    Defendants.

CASE NO. C10-0263-JLR

ORDER DISMISSING § 1983 ACTION

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendants' Motion to Dismiss (Dkt. 14) is GRANTED. Plaintiff's complaint and this action are DISMISSED without prejudice for failure to exhaust administrative remedies; and

(3) The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

ORDER DISMISSING § 1983 ACTION
PAGE -1

01 DATED this 27th day of November, 2010.

JAMES L. ROBART
United States District Judge

02
03
04
05
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22

ORDER DISMISSING § 1983 ACTION
PAGE -2